UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

VINCENT LAMON WILLIAMS,
Institutional ID No. 01984628
SID No. 06421289

     Plaintiff,

v.               No. 1:21-CV-00089-H

NICHOLAS VILLANUEVA, *et al.*,

     Defendants.

### ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

  The United States Magistrate Judge made findings, conclusions, and a recommendation for disposition of this case. Specifically, the Magistrate Judge recommended that the Court (a) require Defendants Donovan O'Connor, Nicholas Villanueva, Lance Lofton, and Manuel Vasquez to answer Plaintiff's claim that they subjected him to excessive force on January 13, 2020, and (b) dismiss with prejudice Plaintiff's remaining claims against all other defendants under 28 U.S.C. § 1915A for failure to state a claim. No objections were filed. The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

  The Court therefore orders:

  1. The Court will enter a separate order directing service and requiring Defendants Donovan O'Connor, Nicholas Villanueva, Lance Lofton, and Manuel Vasquez to answer or otherwise plead to Plaintiff's claim that they subjected him to excessive force on January 13, 2020.

2. Plaintiff's remaining claims are dismissed with prejudice under 28 U.S.C. § 1915A for failure to state a claim. There is no just reason for delay in entering a final judgment and final judgment will be entered as to these claims and Defendants pursuant to Federal Rule of Civil Procedure 54(b).

3. All relief not expressly granted and any pending motions are denied.

Judgment will be entered accordingly.

So ordered on March 26, 2025.

                                                   _____
                                                 JAMES WESLEY HENDRIX
                                                 United States District Judge